UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ANNA MORENO**,

    Plaintiff,

v.     2:23-cv-1066-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

# ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 3), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 19). The Commissioner of Social Security seeks remand to:

> [T]ake any additional steps necessary to develop the administrative record, including offering Plaintiff the opportunity for a new hearing; reassess Plaintiff's residual functional capacity, and, if necessary, obtain vocational evidence regarding other work Plaintiff can perform; and issue a new decision.

(Doc. 19 at 3).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 19) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14,

- 2 -

2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on April 16, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge